UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN J. STRONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06-CV-1269 (CEJ) |
| | ) |
| VOICE & DATA TECHNOLOGIES INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the plaintiff shall have until **December 30, 2006**, in which to file an amended complaint.

**IT IS FURTHER ORDERED** that the defendant shall have ten (10) days thereafter in which to file an amended answer.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2006.